THE STATE EX REL. MCNEAL, APPELLANT,
*v.* CITY OF DAYTON ET AL., APPELLEES.

[Cite as *State ex rel. McNeal v. Dayton,*
119 Ohio St.3d 369, 2008-Ohio-4757.]

(No. 2007–1954—Submitted August 26, 2008—Decided September 24, 2008.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Michael J. Muldoon, for appellant.

Nancy Hardin Rogers, Attorney General, and Elise Porter, Assistant Attorney General, for appellee Industrial Commission of Ohio.